IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : Case No.: 7:23-CR-00053 (WLS-TQL-1) <br> : <br> MARION C. WELLS, : <br> : <br> : <br> Defendant. : <br> _____: | |

## **ORDER**

Before the Court is an Unopposed Motion to Continue in the Interest of Justice (Doc. 20) submitted by Defendant on June 23, 2023. Therein, Defendant requests the Court to continue both the pretrial conference that is currently set for June 28, 2023, and the case to the next available Valdosta trial term. (*Id.*) Defense Counsel states that additional time is necessary to conduct investigation, research, and discuss the Government's case in chief with Defendant. (*Id.*) Defense Counsel further notes that there is no prejudice to the Government, and the Government does not oppose the instant Motion. (*Id.*)

Based on Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion to Continue (Doc. 20) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 trial term beginning on November 6, 2023, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __26th__ day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**